# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION JACKSON

| | |
|---|---|
| **ANNETTE MILIKEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-01279 |
| ) | |
| **DANA LIMITED, LLC** ) | |
| **d/b/a/ DANA HOLDING** ) | |
| **CORPORATION** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant Dana Holding Corporation and Plaintiff Annette Miliken, by and through their respective attorneys, provide their Notice of Settlement and in support thereof state as follows:

1. The parties have reached an agreement as to the resolution of this ENTIRE litigation.

2. The parties are preparing the Settlement Agreement and anticipate completing and executing the Settlement Agreement finalizing the settlement within the next thirty (30) days.

3. The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety, within the next thirty (30) days.

WHEREFORE, Defendant Dana Holding Corporation and Plaintiff Annette Miliken provide their Notice of the Settlement in this matter and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

       Respectfully submitted,

       **FISHER & PHILLIPS, LLP**

       By: /s/ Robert Ratton_____
       Jeff Weintraub (TN BPR#9686)
       Robert Ratton (TN BPR#24669)
       Attorneys for Defendants
       1715 Aaron Brenner Drive Suite 312
       Memphis, Tennessee 38120
       (901) 526-0431 – telephone
       (901) 526-8183 – facsimile
       jweintraub@laborlawyers.com
       RRatton@laborlawyers.com

       By: /s/ Jessica F. Salonus_____
       Jessica F. Salonus (TN BPR #28158)
       Attorney for Plaintiff
       101 North Highland
       Jackson, Tennessee 38301
       (731) 664-1340 – telephone
       (731) 664–1540 facsimile
       jsalonus@gilbertfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notice of the foregoing to Plaintiffs' counsel.

       /s/ Robert Ratton_____
       Robert Ratton (TN BPR#24669)