**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON**

**ANNETTE MILIKEN,**

      **Plaintiff,**

**v.**                                                                 **NO: 1:15-cv-01279**

**DANA LIMITED, LLC**                                        **JURY DEMANDED**
**d/b/a DANA HOLDING CORPORATION,**

      **Defendant.**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Come now the parties, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that they have fully and finally compromised and settled all disputes between them and hereby stipulate that this action be dismissed with prejudice.

Respectfully submitted this 15th day of March, 2016.

                                                        Respectfully submitted,

                                                        GILBERT RUSSELL McWHERTER
                                                        SCOTT & BOBBITT PLC

                                                        s/Jessica F. Salonus
                                                       JESSICA F. SALONUS # 28158
                                                       101 North Highland
                                                       Jackson, TN 38301
                                                       Telephone: 731-664-1340
                                                       Facsimile: 731-664-1540
                                                       jsalonus@gilbertfirm.com

                                                                   &

                    FISHER & PHILLIPS, LLP

                    s/Robert Ratton w/permission
                    ROBERT RATTON #24669
                    1715 Aaron Brenner Drive, Suite 312
                    Memphis, Tennessee 38120
                    (901) 526-0431
                    (901) 526-8183 *Facsimile*
                    rratton@laborlawyers.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 15th day of March, 2016:

                    s/Jessica F. Salonus