## United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

**ANNETTE MILIKEN,**

    Plaintiff,

                                                       CASE NUMBER: 1:15-cv-1279-JDB-egb

v.

**DANA LIMITED, LLC**
**d/b/a DANA HOLDING**
**CORPORATION,**

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 3/15/2016, this case has been fully and finally comprised and settled and is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

                                                                    <u>**s/J. Daniel Breen**</u>
                                                                   **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**